

# IN THE 22ND JUDICIAL CIRCUIT COURT OF THE CITY OF ST. LOUIS, MISSOURI

| Judge or Division: Ohmer Div 13 | Case Number: 0822-CR03753 <br> ☐ Change of Venue <br> County: _____ <br> Case Number: _____ <br> Offense Cycle No.: _____ | **FILED** AUG -7 2009 MARIANO V. FAVAZZA CLERK, CIRCUIT COURT BY _____ DEPUTY |
|---|---|---|
| State of Missouri 16079 vs. <br> Defendant: Melvin Ford AKA James Spann <br> DOB: 2/22/66 SSN: 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 SEX: M <br> ☒ Pre-Sentence Assessment Report Ordered <br> ☐ Pre-Sentence Assessment Report Waived | Prosecuting Attorney/MO Bar No.: C. Copeland 60214 <br> Defense Attorney/MO Bar No.: C. Hermann 56078 <br> Appeal Bond Set Date: <br> Amount: | (Date File Stamp) |

## Judgment

| Count No. 1 <br> Charge Description: Dom Assault 2nd <br> Charge Code: 13039 <br> Statute: 565.073 <br> Date of Offense: 12/14/07 | Count No. 2 <br> Charge Description: Dom Assault 3rd <br> Charge Code: 13019 <br> Statute: 565.074 <br> Date of Offense: 12/14/07 | Count No. 3 <br> Charge Description: Viol OP <br> Charge Code: 26084 <br> Statute: 455.085 <br> Date of Offense: 3/15/08 |
|---|---|---|
| ☐ Misdemeanor ☒ Felony <br> Class ☐ A ☐ B ☒ C ☐ D ☐ Unclassified <br> On the above count, it is adjudged that the defendant has been: <br> ☐ Found Guilty upon a plea of guilty <br> ☒ Found guilty by a jury/court <br> ☐ Dismissed/Nolle pros/found not guilty | ☒ Misdemeanor ☐ Felony <br> Class ☒ A ☐ B ☐ C ☐ D ☐ Unclassified <br> On the above count, it is adjudged that the defendant has been: <br> ☐ Found Guilty upon a plea of guilty <br> ☒ Found guilty by a jury/court <br> ☐ Dismissed/Nolle pros/found not guilty | ☒ Misdemeanor ☐ Felony <br> Class ☒ A ☐ B ☐ C ☐ D ☐ Unclassified <br> On the above count, it is adjudged that the defendant has been: <br> ☐ Found Guilty upon a plea of guilty <br> ☒ Found guilty by a jury/court <br> ☐ Dismissed/Nolle pros/found not guilty |

| Count No. <br> Charge Description: <br> Charge Code: <br> Statute: <br> Date of Offense: | Count No. <br> Charge Description: <br> Charge Code: <br> Statute: <br> Date of Offense: | Count No. <br> Charge Description: <br> Charge Code: <br> Statute: <br> Date of Offense: |
|---|---|---|
| *(crossed out)* | *(crossed out)* | *(crossed out)* |

**RECEIVED AUG 11 2009 ERDCC RECORDS**

The defendant has been found beyond a reasonable doubt to be a:
- [ ] Persistent Sexual Offender (558.018 RSMo)
- [ ] Predatory Sexual Offender (558.018 RSMo)
- [ ] Persistent Drug Offender (195.285, .291, .292, .295, or .296 RSMo)
- [ ] Prior Drug Offender (195.285, .291, .295, or .296 RSMo)
- [ ] Persistent Misdemeanor Offender (558.016 RSMo)
- [ ] Dangerous Offender (558.016 RSMo)
- [x] Persistent Offender (558.016 RSMo)
- [x] Prior Offender (558.016 RSMo)
- [ ] Persistent Domestic Violence Offender (565.063 RSMo)
- [ ] Prior Domestic Violence Offender (565.063 RSMo)
- [ ] Persistent Offender (Intoxication-related Traffic Offense) (577.023 RSMo)
- [ ] Prior Offender (Intoxication-related Traffic Offense) (577.023 RSMo)
- [ ] Aggravated Offender (577.023 RSMo)
- [ ] Chronic Offender (577.023 RSMo)
- [ ] Not Applicable

on __8/07/07__ (date).

The court:
- [x] Informs the defendant of verdict/finding, asks the defendant whether (s)he has anything to say why judgment should not be pronounced, and finds that no sufficient cause to the contrary has been shown or appears to the court.
- [x] Defendant has been advised of his/her rights to file a motion for post-conviction relief pursuant to Rule 24.035/29.15 and the court has found
    - [ ] Probable cause  [x] No probable cause
    to believe that defendant has received ineffective assistance of counsel.
- [ ] Finds the defendant has pled or been found guilty of a dangerous felony, as defined in Section 556.061 RSMo, and if committed to the Department of Corrections, must serve at least 85% of the sentence.
- [ ] Finds the defendant has pled or been found guilty of an offense for which probation and parole are not authorized.

On count __1__, the Court:
- [ ] Suspends imposition of sentence. Defendant is placed on probation for a period of _____ under the supervision of _____. Defendant shall comply with the conditions set forth in the separate Order of Probation.
- [x] Sentences and commits the defendant to the custody of __MDC__ for a period of __15 years__. Sentence to be served
    - [ ] Concurrent  [x] Consecutive  with _____
- [ ] Probation Time Credit: _____
- [ ] Suspends execution of sentence. Defendant is placed on probation for a period of _____ under the supervision of _____. Defendant shall comply with the conditions set forth in the separate Order of Probation.
- [ ] Fines the defendant $ _____. The court stays $ _____ with the remainder due by _____ (date).

On count __2__, the Court:
- [ ] Suspends imposition of sentence. Defendant is placed on probation for a period of _____ under the supervision of _____. Defendant shall comply with the conditions set forth in the separate Order of Probation.
- [x] Sentences and commits the defendant to the custody of __MSI__ for a period of __1 year__. Sentence to be served
    - [ ] Concurrent  [ ] Consecutive  with __completed & discharged__
- [ ] Probation Time Credit: _____
- [ ] Suspends execution of sentence. Defendant is placed on probation for a period of _____ under the supervision of _____. Defendant shall comply with the conditions set forth in the separate Order of Probation.
- [ ] Fines the defendant $ _____. The court stays $ _____ with the remainder due by _____ (date).

OSCA (10-06) CR180 (SEJD3)                2 of 4                217.305, 559.115 and Chapter 558 RSMo

Case 2:14-cv-04259-BCW   Document 80-1   Filed 11/06/18   Page 3 of 4
EXHIBIT A
Spann v. Lombardi, et al.,
Lombardi - 000006

On count __3__, the Court:

☐ Suspends imposition of sentence. Defendant is placed on probation for a period of _____ under the supervision of _____. Defendant shall comply with the conditions set forth in the separate Order of Probation.

☒ Sentences and commits the defendant to the custody of __MSI__ for a period of __1 year__. Sentence to be served __completed & discharged__

    ☐ Concurrent     ☐ Consecutive     with

☐ Probation Time Credit: _____

☐ Suspends execution of sentence. Defendant is placed on probation for a period of _____ under the supervision of _____. Defendant shall comply with the conditions set forth in the separate Order of Probation.

☐ Fines the defendant $ _____. The court stays $ _____ with the remainder due by _____ (date).

The court orders:

☐ The clerk to deliver a certified copy of the judgment and commitment to the sheriff.

☐ The sheriff to authorize one additional officer/guard to transport defendant to the Department of Corrections.

☒ That judgment is entered in favor of the state of Missouri and against the defendant for the crime victims compensation fund for the sum of
    ☐ $10.00   ☒ $46.00   ☐ $68.00.
    ☐ Satisfied   ☐ Unsatisfied

☐ Judgment for the State of Missouri and against the defendant for appointed counsel services in the sum of $ _____.
    ☐ Satisfied   ☐ Unsatisfied

☒ Costs taxed against __Defendant__

☐ Costs waived.

☐ Defendant to report immediately to the _____ Department for fingerprinting. The Defendant is ordered to submit to the fingerprinting, and is further ordered to provide all information necessary for the officer taking the fingerprints to fully complete all identification and photograph portions of the standard fingerprint cards.

☐ §217.785 RSMo Missouri Post Conviction Drug Treatment Program
    ☐ Non-Institutional   ☐ Institutional

☐ §217.362 RSMo Court Ordered Long-Term Substance Abuse Program

☐ §217.378 RSMo Regimented Discipline Program

☐ The court sentences §559.115(2) RSMo General Population Department of Corrections shall provide a report and recommendation whether probation should be granted.

The court recommends placement to:

☐ §559.115(3) RSMo Institutional Treatment Program Department of Corrections shall provide a report and recommendation whether probation should be granted. (Statutory Discharge)

☐ §559.115(3) RSMo Sexual Offender Assessment Unit Department of Corrections shall provide a report and recommendation whether probation should be granted.

☐ §559.115(3) RSMo Shock Incarceration Program Department of Corrections shall provide a report and recommendation whether probation should be granted. (Statutory Discharge)

The court further orders: _____

_____ / _____ / _____
APD 54078 / Defendant / AEA

So Ordered:

__8/7/05__              _____
Date                              Judge

OSCA (10-06) CR180 (SEJD3)     3 of 4     217.305, 559.115 and Chapter 558 RSMo

Case 2:14-cv-04259-BCW Document 88-1 Filed 11/06/18 Page 3 of 4
EXHIBIT A
Spann vs Lombardi, et al.,
Lombardi - 000007

I certify that the above is a true copy of the original Judgment and Sentence of the court in the above cause, as it appears on record in my office.

Issued on  8/7/09               D. Heitert
           Date                    Clerk

Court Reporter #214 Carol Vagen

OSCA (10-06) CR180 (SEID7)                4 of 4                217.305, 559.115 and Chapter 558 RSMo

Case 2:14-cv-04259-BCW   Document 80-1   Filed 11/06/18   Page 4 of 4

EXHIBIT A   Spann vs Lombardi, et al.,
Lombardi - 000008