1  Bradford Lear: Excuse me. Would you give us a synopsis of your employment
2  background?
3  George Lombardi: Yes. I came into the corrections system doing my internship for my
4  master's degree in psychology, which I did at the Missouri State Penitentiary and at Renz Prison
5  Farm, which no longer exists, in 1972. In '73, I was hired as a program director of a pre-release
6  program that was located at Renz Prison Farm. In 1976, I became the warden of the prison in
7  Tipton, which was then called the State Correctional Pre-Release Center. In '79, I became
8  warden of Algoa Correctional Center, seven miles east of Jeff City, until 1983. In 1983, I was
9  appointed Assistant Director of the Division of Adult Institutions, with supervisory responsibility
10 over half the prisons. In 1986, I was appointed Director of the Division of Adult Institutions, and
11 remained in that capacity until 2005, when I retired the first time. For three years after that, I did
12 consultant work with the Facilities for Committed Youth in Washington, DC and San Francisco.
13 In 2009, I was called by Governor Nixon to become Director of Corrections, which I served in
14 that capacity until January 2017. And then I retired.
15 Bradford Lear: I was asking previous to the job, your job background, your
16 educational background. Do you ... Have you undergone any training post receiving your
17 master's? Any formal training?
18 George Lombardi: Oh my gosh, yeah. You know, when you become an employee of
19 the Missouri Department of Corrections, there's all kinds of basic training. I've been through
20 innumerable training pieces over the years, involving treatment, custody, so forth. I would be
21 hard pressed to list them.
22 Bradford Lear: This is the same basic training that other corrections officers went
23 through?
24 George Lombardi: That has evolved so much, I can't tell you that that's the case. At
25 the time-

6

EXHIBIT B