IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JAMES LEE SPANN<br>aka MELVIN FORD,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF JEFERSON CITY,<br>MISSOURI et al.,<br><br>   Defendants. | Case No. 14-4259-CV-C-BCW |

## PROPOSED SCHEDULING ORDER

Pursuant to the Court's Order dated July 17, 2020 (ECF Doc. 536), counsel for Plaintiff and State Defendants have met and propose the following scheduling order:

1. Trial: This case is set for trial on February 22, 2021, at 9:00 a.m. at the United States Courthouse in Jefferson City, Missouri. All associated deadlines for trial are to be consistent with the timeframes outlined in the Court's previous order. (ECF Doc. 149).

2. Final Pretrial Conference: This case is set for pretrial conference January 19, 2021, at 2:00 pm by telephone.

3. Defendant's Fed. R. Civ. P. 12(b)(6) motion is due July 31, 2020. Plaintiff's Suggestions in Opposition are due August 14, 2020. Defendant's Reply Suggestions are due August 21, 2020.

4. Any Summary Judgment motions are due October 30, 2020. Issues for summary judgment are limited to issues not previously briefed and submitted to this court in prior summary judgment motions.

Respectfully submitted,

**ERIC S. SCHMITT**
Missouri Attorney General

/s/ *Gerald M. Jackson*
Gerald M. Jackson
Assistant Attorney General
Missouri Bar No. 66995
P.O. Box 899
Jefferson City, MO 65102
Phone (573) 751-7493
Fax (573) 751-5660
Email: Gerald.jackson@ago.mo.gov
**ATTORNEYS FOR STATE DEFENDANTS**


**LEAR WERTS LLP**

/s/ *Bradford B. Lear*_____

Bradford B. Lear, # MO53204
2003 W. Broadway, Ste. 107
Columbia, MO 65204
Phone: 573-875-1991
Fax: 573-875-1985
E-mail: lear@learwerts.com
**ATTORNEY FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court's ECF system which sent notification to the following:

Bradford Lear
Todd Werts
Lear & Werts LLP
2003 W. Broadway, Suite 107
Columbia, MO 65203
*Counsel for Plaintiff*

/s/ *Gerald M. Jackson*
Assistant Attorney General