IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JAMES LEE SPANN,<br>also known as Melvin Ford,<br><br>        Plaintiff,<br>v.<br><br>CITY OF JEFFERSON CITY,<br>MISSOURI, et al.,<br><br>        Defendants. | No.   2:14-CV-04259-BCW[1] |

## **THIRD AMENDED SCHEDULING ORDER**

The Court held a telephone conference in this matter on July 17, 2020, after the Court of Appeals for the Eighth Circuit issued its mandate after interlocutory appeal, remanding this case in part for "further consideration of the officials' defense on qualified immunity on Count II." (Doc. #533-1). Consistent with the telephone conference discussion, the parties filed a proposed amended scheduling order on August 17, 2020. Accordingly, it is hereby

ORDERED this case is set for trial at the United States Courthouse in Jefferson City, Missouri, on **February 22, 2021 at 9:00 a.m.** It is further

ORDERED this matter is set for final pretrial conference on **January 21, 2021 at 2:00 p.m.** by telephone. The parties are asked to call the Court's conference line at 1-877-336-1839; Access code: 6328169. Lead trial counsel shall participate in this telephone conference. It is further

ORDERED any dispositive motion, except those under Fed. R. Civ. P. 12(h)(2) or (3), shall be filed on or before **October 30, 2020**. All motions for summary judgment shall comply with Local Rules 7.1 and 56.1. In addition, consistent with the parties' proposed scheduling order,

---

[1] Consolidated with 2:16-CV-04098-BCW and 2:17-CV-04084-BCW

"[i]ssues for summary judgment are limited to issues not previously briefed and submitted to this court for prior summary judgment motions." (Doc. #539). It is further

ORDERED, unless otherwise modified, all deadlines and requirements set forth in the June 8, 2016 Scheduling Order (Doc. #149) remain in effect and unaltered.

IT IS SO ORDERED.

Dated: September 25, 2020

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT